AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 17-SW-2007DPR
)
3035 North Kentwood Avenue, Apartment #B210, )
Springfield, Missouri 65803 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Missouri_____
*(identify the person or describe the property to be searched and give its location)*:

3035 North Kentwood Avenue, Apartment #B210, Springfield, Missouri 65803, more fully described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Fruits, instruments, and evidence of violations 18 U.S.C. Sections 2251, 2252, and 2252A, further described in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____Feb. 6, 2017_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____David P. Rush, United States Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 1/23/17 at 2:07 p.m.          _____[signature]_____
                                                    *Judge's signature*

City and state: Springfield, Missouri          David P. Rush, United States Magistrate Judge
                                               *Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 17-SW-2007 DPR | 01-26-2017  1530 HRS | DAVIS RAY |

Inventory made in the presence of:
TFO LARRY ROLLER AND TFO JAMES SMITH

Inventory of the property taken and name of any person(s) seized:

HP 2000 LAPTOP SER# SCG3280GRM
PNY 8GB FLASH DRIVE
SANDISK 1GB SD CARD
WESTERN DIGITAL HDD SER# WCAMF2576393
ALCATEL A571VG CELLPHONE
SAMSUNG CELLPHONE
SANDISK 64GB CRUZER FLASH DRIVE
(87) OPTICAL MEDIA DISKS

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/1/2017

_____
Executing officer's signature

J.D. Holdman HSI/SA
Printed name and title